IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM BOYD,                   :
                                :
        Plaintiff,              :
                                :
    v.                          :  Civil Action No. 07-378-JJF
                                :
THEODORE NANNAS,                :
                                :
        Defendant.              :

### ORDER

NOW THEREFORE, at Wilmington this 30 day of July, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

                                        /s/ Joseph J. Farnan
                                        UNITED STATES DISTRICT JUDGE