# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

William Boyd

v.

Theodore Nannas

DISTRICT COURT DOCKET NUMBER: 1:07-cv-378

DISTRICT COURT JUDGE: Joseph J. Farnan, Jr.

Notice is hereby given that __William Boyd__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on 9/24/07 (date).

DATED: _____

_William Boyd_
(Counsel for Appellant-Signature)

FILED 2007 SEP 24 PM 1:15 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE
Scanned IFP

(Name of Counsel - Typed)

602 Tamara Circle
Newark, DE 19711
(Address)

(Telephone Number)

(Counsel for Appellee)

(Address)

(Telephone Number)

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.