IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-378-JJF |
| THEODORE NANNAS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 15 day of January, 2008, the Court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #8, filed on September 24, 2007;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge