OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 29, 2008

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-3872
Boyd v. Nannas

07-cv-00378

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee or submit a completed affidavit of poverty as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

cc:
William Boyd
602 Tamara Circle
Newark, DE 19711-0000

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Pamela Batts*
Pamela Batts, Case Manager
267-299-4943



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk